UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-08124-SPG-PD | Date | October 3, 2024 |
|---|---|---|---|
| Title | IRMA OSORIO MORALES v. NISSAN NORTH AMERICA, INC. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL

Plaintiff Irma Osorio Morales filed a stipulation of dismissal, (ECF No. 32), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order, (ECF No. 32-1), as moot, and all pending dates are vacated and taken off calendar.

:

Initials of Preparer   pg